VICTOR T. GOGGIN, Appellant, v. LOUIS H. BEAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LESLIE W. BIRDSALL and Another, Respondents, v. WILLIAM P. HOFFMAN, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PAUL E. ALBERTI and Others, Respondents, v. BAIRD & Co., INC., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARTHUR BLANK and Another, Appellants, v. LA MONTAGNE, CHAPMAN COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK FREEMAN, Appellant, v. " MICHAEL " P. MOLLER (First Name Fictitious, etc.), Doing Business as CRAWFORD AUTOMOBILE COMPANY OF HAGERSTOWN, MD., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

F. GATES PORTER, Appellant, v. GEORGE M. BODMAN and Others, Composing the Firm of CYRUS J. LAWRENCE & SONS, Respondents.— Order modified as indicated in order and as so modified affirmed, without costs. Verified bill of particulars to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN CRAGER, Appellant, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, and Others, Respondents.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROSE GUSKE v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE DE MILLE COMPANY and Others v. PAT J. CASEY and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRACE CANARY v. LUNA AMUSEMENT Co., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WALTER T. STALL and Others v. JACOB HANAUER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHANNA HAUPTMANN, as Administratrix, etc., v. UNIVERSAL ORNAMENTAL IRON & STEEL Co., INC., and Others.— Motion to dismiss appeal denied, and appellants' time in which to file record on appeal and appellants' points extended until a reasonable time after the determination by the Surrogate's Court of the application to vacate order revoking plaintiff's letters of administration. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.